UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PIERO MELLITS,                                              :
                                        Plaintiff           :
                                                            :      21 Civ. 7310 (LGS)
                -against-                                   :
                                                            :      ORDER
MCLAREN ENGINEERING GROUP,                                  :
                                        Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for December 2, 2021, at 11:00 a.m.

WHEREAS, no significant issues were raised in the parties' letters or proposed case management plan. It is hereby

**ORDERED** that the December 2, 2021, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: December 1, 2021
      New York, New York

                                                  **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**